USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvis Gell et al.,

                      Plaintiffs,

-against-

Detective Francis Conejo,

                      Defendant.

1:21-cv-10225 (JPC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties (or, if no defendant has appeared in the case, only the plaintiffs) shall appear for a telephone conference on Wednesday, March 30, 2022 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                  March 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge