UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

Elvis Gell et al.,

                Plaintiffs,

-against-

Detective Francis Conejo,

                Defendant.

1:21-cv-10225 (JPC) (SDA)

AMENDED ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    Due to a scheduling conflict, the telephone conference scheduled for March 30, 2022 at 11:00 a.m. is adjourned until 2:00 p.m. the same day. At the scheduled time, the parties (or, if no defendant has appeared in the case, only the plaintiffs) shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
                 March 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge