```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvis Gell et al.,

                    Plaintiffs,

-against-

Detective Francis Conejo,

                    Defendant.

1:21-cv-10225 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than September 14, 2022 (one week prior to the Initial Pretrial Conference scheduled for September 21, 2022 (*see* ECF No. 14)), the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Counsel who disagree about the dates or other terms of the proposed schedule shall also file, on the same date, a joint letter briefly explaining the dispute.

**SO ORDERED.**

DATED:    New York, New York
              August 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge