```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvis Gell et al.,

                    Plaintiffs,

    -against-

Detective Francis Conejo,

                    Defendant.

1:21-cv-10225 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, it is hereby Ordered that, no later than November 28, 2022, Plaintiff shall move for a Certificate of Default with respect to defendants Detective Jose Salcedo, Police Officer Michael Dappolonia and Sergeant Anis Nikocevic unless, prior to that date, such defendants file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5).

**SO ORDERED.**

DATED:    New York, New York
                November 14, 2022

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge