**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/6/2022
```

Elvis Gell et al.,

                                    Plaintiffs,

            -against-

Detective Francis Conejo,

                                    Defendant.

1:21-cv-10225 (JPC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

        In accordance with the Court's November 14, 2022 Order, Plaintiff was to move for a Certificate of Default with respect to defendants Detective Jose Salcedo, Police Officer Michael Dappolonia and Sergeant Anis Nikocevic no later than November 28, 2022, unless, prior to that date, such defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5). (*See* 11/14/2022 Order, ECF No. 41.) None of the three defendants have filed a motion. The Court understands, through email communication from Plaintiff's counsel, that Plaintiff intends to re-serve the three defendants. However, as of the date of this Order, Plaintiff has not sought appropriate relief from the Court.  Plaintiff shall do later than December 9, 2022.

**SO ORDERED.**

DATED:        New York, New York
                December 6, 2022

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge