```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvis Gell et al.,

                        Plaintiffs,

-against-

Detective Francis Conejo et al.,

                        Defendants.

1:21-cv-10225 (JPC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, May 10, 2023, at 3:00 p.m. to discuss Defendants' Letter Motion filed at ECF No. 59. Plaintiffs shall be prepared to show cause why they should not be sanctioned for failure to comply with the Court's prior Order requiring them to provide deposition dates to Defendants. (*See* 3/9/2023 Mem. End., ECF No. 57.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              May 1, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge