```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elvis Gell et al.,

                    Plaintiffs,

-against-

Detective Francis Conejo et al.,

                    Defendants.

1:21-cv-10225 (JPC) (SDA)

AMENDED ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference scheduled for Wednesday, May 10, 2023, at 3:00 p.m. (*see* Order, ECF No. 60) is hereby adjourned until Thursday, May 11, 2023, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                May 3, 2023

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge