UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
               :
ELVIS GELL, BETTY GELL,             :
and ELVIS GELL JR.,             :
               :
            Plaintiffs,      :     21 Civ. 10225 (JPC)
               :
      -v-             :     <u>ORDER</u>
               :
DETECTIVE FRANCIS CONEJO BADGE #1910,  :
DETECTIVE JOSE SALCEDO,             :
POLICE OFFICER MICHAEL DAPPOLONIA,    :
SERGEANT ANIS NIKOCEVIC,             :
and UNIDENTIFIED POLICE OFFICERS, all sued in  :
their capacity as individuals,             :
               :
            Defendants.     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Given that discovery in this matter concluded on September 13, 2023, the Court directs the parties to confer and submit a joint status update regarding next steps in the litigation, including whether they intend to file any dispositive motions, by October 19, 2023.

      SO ORDERED.

Dated: October 4, 2023
      New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge