Fred Lichtmacher
The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, New York 10011
(646) 318-3806
(212) 922-9066
empirestatt@aol.com

November 9, 2023

Magistrate Judge Stewart D. Aaron
Via ECF

**Gell et ano., v Detective Francis Conejo**, et al, 1:21-cv-10225-JPC-SDA

Your Honor:

    I represent the three plaintiffs in this civil rights action. I write, with the consent of my adversary, to request an extension of the scheduled date to file the Stipulation of Dismissal. The currently schedule deadline is Monday November 13, 2023. The parties respectfully request we be granted an extension to file the Stipulation until December 13, 2023. There is no disagreement over the settlement just some health issues impeding getting all the papers translated and signed in a timely manner. This is the first such extension requested.

                              Respectfully submitted

                                    /s/

                              Fred Lichtmacher

cc:    Seema Kassab

                The request is granted. The parties may file their anticipated Stipulation of Dismissal by December 13, 2023.

SO ORDERED
November 13, 2023
New York, New York

                                    JOHN P. CRONAN
                            United States District Judge