UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ELVIS GELL, BETTY GELL, :
and ELVIS GELL JR., :
:
                            Plaintiffs, :        21 Civ. 10225 (JPC)
:
            -v- :        <u>ORDER</u>
:
DETECTIVE FRANCIS CONEJO BADGE #1910, :
DETECTIVE JOSE SALCEDO, :
POLICE OFFICER MICHAEL DAPPOLONIA, :
SERGEANT ANIS NIKOCEVIC, :
and UNIDENTIFIED POLICE OFFICERS, all sued in :
their capacity as individuals, :
:
                            Defendants. :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties have advised the Court since October 11, 2023 that they have reached a settlement in principle in this case. *See* Dkt. 72. Accordingly, it is ordered that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after sixty days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated: February 14, 2024
       New York, New York
                                                                           JOHN P. CRONAN
                                                              United States District Judge